UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IVAN CHEKHOVSKII, | CASE NO. C25-2550JLR-TLF |
| Petitioner, | MINUTE ORDER |
| v. | |
| BRUCE SCOTT, et al., | |
| Respondents. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This case is hereby reassigned to the Honorable Theresa L. Fricke per the parties' consent. (*See* Dkt. # 6.) All future documents filed in this case shall bear the case number C25-2550TLF and bear Magistrate Judge Fricke's name in the upper right-hand corner of the document.

//

//

MINUTE ORDER - 1

1  Filed and entered this 31st day of December, 2025.

2
3                                          RAVI SUBRAMANIAN
                                           Clerk of Court

4                                          s/ Ashleigh Drecktrah
                                           Deputy Clerk